# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN APPLEGATE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN TRAUSCH<br><br>　　　　Defendant. | Case No. 1:15-cv-00811 DLB PC<br><br>ORDER DIRECTING DEFENDANT TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN FIFTEEN DAYS |

　　　This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Brian Applegate, a state prisoner proceeding pro se and in forma pauperis. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California.

　　　Defendant has now appeared in the action. Defendant was ordered to consent or decline to Magistrate Judge jurisdiction on January 13, 2016, but he failed to do so.

　　　Defendant's February 22, 2016, motion to stay is pending.

///
///
///
///
///

1

1 | Therefore, Defendant shall notify the Court within fifteen (15) days from the date of service
2 | of this order whether he consents to or declines United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated:   **February 29, 2016**            /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE