# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN APPLEGATE,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTIAN TRAUSCH,<br><br>        Defendant. | 1:15-cv-00811-AWI-GSA-PC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br>**(ECF No. 41.)**<br><br>**ORDER REOPENING DISCOVERY AND EXTENDING DEADLINES**<br><br>**New deadline for initial disclosures:  07/07/17**<br>**New deadline for exhaustion motions:  08/07/2017**<br>**New deadline to amend pleadings:  09/07/2017**<br>**New discovery deadline:  10/10/2017**<br>**New dispositive motions deadline:  12/07/2017** |

      Brian C. Applegate ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 29, 2015, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) The case now proceeds with the initial Complaint, against Defendant Christian Trausch ("Defendant"), on Plaintiff's Eighth Amendment claim and related state law claims.

      On May 19, 2017, the court issued an order lifting the stay of proceedings for this case and requiring Plaintiff to show cause why this case should not be dismissed. (ECF No. 41.) On June 7, 2017, Plaintiff filed a response showing cause why this case should not be dismissed. (ECF No. 42.) Therefore, the order to show cause shall be discharged.

Given that the stay of proceedings for this case has been lifted, the court finds good cause to reopen discovery and establish new pretrial deadlines for all parties. The parties are advised to review the Discovery and Scheduling Order issued on January 12, 2016, which remains in force except for the new deadlines established by this order. (ECF No. 10.) The new deadline for serving initial disclosures shall be **July 7, 2017**. The new deadline for filing exhaustion motions shall be **August 7, 2017**. The new deadline to amend pleadings shall be **September 7, 2017**. The new deadline for the parties to conduct discovery, including filing of motions to compel, shall be **October 10, 2017**. The new deadline for filing dispositive motions shall be **December 7, 2017**.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's order to show cause, issued on May 19, 2017, is DISCHARGED;
2. The discovery phase for this case is reopened;
3. New pretrial deadlines for all parties are established as follows:
    - New deadline for serving initial disclosures: **July 7, 2017.**
    - New deadline for filing exhaustion motions: **August 7, 2017.**
    - New deadline to amend pleadings: **September 7, 2017**.
    - New discovery deadline: **October 10, 2017**.
    - New deadline for filing dispositive motions: **December 7, 2017**.
4. All other provisions of the January 12, 2016, Discovery and Scheduling Order remain the same.

IT IS SO ORDERED.

Dated: **June 8, 2017**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE